

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2022

No. 04-22-00417-CV

Rigoberto **SANCHEZ**, Jr.,
Appellant

v.

**COTT BEVERAGES, INC.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02505
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **December 15, 2022**. **No further extensions will be granted absent extenuating circumstances.**

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court